# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE EDWARD W. NOTTINGHAM

LaDonne Bush, Deputy Clerk  
Therese Lindblom, Court Reporter  
Jan Woll, Probation Officer

Date: September 15, 2006

Criminal Action No. 05-cr-00374-EWN-10

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Joe Allen  
M. J. Menendez

    Plaintiff,

v.

10.  ADAM LUCERO,

Kerry Hada

    Defendant.

## SENTENCING MINUTES

3:03 p.m.     Court in session.

**Defendant plead guilty on April 5, 2006, to Count One of the Second Superseding Indictment.**

Defendant present in custody.

Discussion regarding the written statement of Victor Valdez.

Mitigation statement by Mr. Hada.

Statement by Defendant.

Court's findings.

**ORDERED:   1.     No fine is imposed.**

**ORDERED:   2.     Defendant is imprisoned for a term of 110 months.**

The court recommends FCI Englewood as the place of incarceration.

**ORDERED: 3.**   Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.

**ORDERED: 4.**   Within seventy-two hours of his release from the custody of the Bureau of Prisons, Defendant will report in person to the probation office in the district in which he is released.

**ORDERED: 5.**   Conditions of supervised release are:

a.  Defendant is to observe all of the standard conditions of supervised release which have been adopted by this court.

b.  Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.

c.  Defendant is not to illegally possess or use controlled substances.

d.  Defendant is to submit to one drug test within 15 days of release and two other periodic tests, as directed by the probation officer.

e.  Defendant is not to commit a federal, state, or local crime.

f.  Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as Defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant shall be required to pay the costs of the program.

g.  Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer.  He shall pay all costs associated with this program.

h.  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED: 6.**   Defendant shall pay a special assessment fee of $100 due immediately.

Defendant is advised of right to appeal.

**ORDERED: 7.     Government's Motion for Downward Departure (Doc. 900) is granted.**

**ORDERED: 8.     Government's Motion Regarding Acceptance of Responsibility (Doc. 910) is granted.**

**ORDERED: 9.     Motion to Dismiss Count Four of the First Superseding Indictment (Doc. 911) is granted.**

**ORDERED: 10.    Defendant's Motion for Reduction of Sentence (Doc. 916) is denied.**

3:25 p .m.     Court in recess.

Hearing concluded.

Total time in court: 00:22