# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ADAM LUCERO | ) Case No: 05-cr-00374-EWN-10 |
| | ) USM No: 33789-013 |
| Date of Previous Judgment: September 22, 2006 | ) Kerry S. Hada, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   110 months   **is reduced to**   93 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 130 to 162 months | Amended Guideline Range: | 110 to 137 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   September 22, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   July 25, 2008                               s/ Edward W. Nottingham
                                                            Judge's signature

Effective Date:                                Edward W. Nottingham, Chief U.S. District Judge
   (if different from order date)                          Printed name and title